JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA BLACK-WILLIAMS,<br><br>  Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; KAISER FOUNDATION HEALTH PLAN, INC. LONG TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive,<br><br>  Defendants. | Case No.: CV 18-258-DMG (PLAx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE [25]<br><br>**[FRCP 41(a)(1)]** |

Pursuant to the parties' stipulation, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: November 30, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1

302856249v1 1005796